UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| NANCY MORRIS, as personal representative of the estate of DAVID ALLAN WOODS,<br><br>    Plaintiff,<br><br>v.<br><br>THE HOPE CLINIC, LLC, officially and individually; TEMISAN ETIKERENTSE, M.D., officially and individually; SUE BRABHAM, R.N., officially and individually; Berkeley County Sheriff H. WAYNE DEWITT, officially and individually; ANDREW J. BLAND, PFC, officially and individually; RICHARD T. BURKHOLDER, SGT, officially and individually; JAMES M. BROPHY, PFC, officially and individually; LEEMON E. CARNER, PFC, officially and individually; PATRICIA D. COLLINS, SGT, officially and individually; CHARLES A DESANTO, CPL, officially and individually, KENDRA B. HABERSHAM, Staff SGT, officially and individually, ASHLEY A. HARBER, PFC, officially and individually, PRISCILLA SCHEETZ, SGT, officially and individually; JERRY SPEISSEGGER, JR, PFC, officially and individually; PFC DAAF, officially and individually; JOHN DOE(S), officially and individually; CLIFFORD L. MCELVOGUE, Director, officially and individually,<br><br>    Defendants. | Civil Action No.:5:12-cv-03177-RMG-KDW<br><br><br><br>**CONSENT ORDER** |

    BEFORE THE COURT are the parties consenting to allow the Lancaster Department of Social Services to release its records involving David Allan Woods. As all parties are in agreement, the parties' Motion for such an order, ECF No. 29, is GRANTED. Lancaster DSS is hereby ORDERED to release the records as indicated.

    IT IS SO ORDERED.

*[Signature]*

January 18, 2013                                       Kaymani D. West
Florence, South Carolina                       United States Magistrate Judge