IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| NANCY MORRIS, as personal representative of the estate of DAVID ALLAN WOODS, ) ) ) Plaintiff, ) ) ) vs. ) ) Berkeley County ) Sheriff H. WAYNE DEWITT, officially and ) individually; ANDREW J. BLAND, PFC, ) officially and individually; RICHARD T. ) BURKHOLDER, SGT, officially and individually; ) JAMES M. BROPHY, PFC, officially and ) individually; LEEMON E. CARNER, PFC, ) officially and individually; ) CHARLES A. DESANTO, CPL, officially and ) individually, KENDRA MOORE, Staff ) SGT, officially and individually, ASHLEY A. ) HARBER, PFC, officially and individually, ) PRISCILLA GARRETT, SGT, officially and ) individually; JERRY SPEISSEGGER, JR, PFC, ) officially and individually; PFC KANSAS DAAB, ) officially and individually; JOHN DOE(S), ) officially and individually; CLIFFORD L. ) McELVOGUE, Director, officially and ) individually, ) ) Defendants. ) | C.A. No.: 5:12-cv-3177-RMG<br><br>ORDER ALLOWING SUBSTITUTION |

Berkeley County and the Berkeley County Sheriff's Department are hereby substituted as the agencies or political subdivisions for which Defendants DeWitt, Bland, Burkholder, Brophy, Carner, DeSanto, Moore, Harber, Garrett, Speissegger, Daab, and McElvogue were working at the time of the events complained of in Plaintiff's Second Amended Complaint (Doc #34). This substitution is solely for the state causes of action asserted, and in no way affects Plaintiff's claims under 42 U.S.C. § 1983.

AND IT IS SO ORDERED,

                                          Richard M. Gergel
                                          U.S. District Judge

Charleston, SC

July 11, 2014